**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1443
_____

JASMEN CORPORATION, d/b/a TAZ's,

        Debtor - Appellant,

    v.

CHRISTOPHER D. EDWARDS; CHRISTOPHER D. EDWARDS AGENCY, LLC; NATIONWIDE MUTUAL FIRE INSURANCE COMPANY,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:21-cv-00206-M)

_____

Submitted:  March 21, 2023                  Decided:  March 23, 2023

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

**ON BRIEF:**  Reginald B. Gillespie, Jr., WILSON & RATLEDGE, PLLC, Raleigh, North Carolina, for Appellant.  David S. Coats, David S. Wisz, BAILEY & DIXON, LLP, Raleigh, North Carolina, for Appellee Nationwide Mutual Fire Insurance Company.  R. Scott Brown, W. John Cathcart, Jr., BROWN, CRUMP, VANORE & TIERNEY, PLLC, Raleigh, North Carolina, for Appellees Christopher D. Edwards and Christopher D. Edwards Agency, LLC.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasmen Corporation appeals from the district court's order dismissing its claims against Defendants as barred by the statutes of limitations. We have reviewed the record on appeal as well as the parties' briefs, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jasmen Corp. v. Edwards,* No. 5:21-cv-00206-M (E.D.N.C. Mar. 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*